MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
IAN K. ROSS, Special Assistant United States Attorney (#19066)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Tel: 801-524-3080
Fax: 801-524-4366
Email: iross@agutah.gov

FILED US District Court-UT
APR 01 '26 AM11:38

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAULO CESAR DIAZ-MEDINA,<br><br>Defendant. | INDICTMENT<br><br>Count 1: 21 U.S.C. §§ 841(a)(1) and 846 Attempted Possession of Fentanyl with Intent to Distribute (>400 grams)<br><br>Count 2: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (>40 grams)<br><br>Count 3: 21 U.S.C. § 841(a)(1) Possession of Heroin with Intent to Distribute |

Case: 2:26-cr-00091
Assigned To : Nielson, Howard C., Jr
Assign. Date : 3/31/2026

The Grand Jury charges:

**COUNT 1**
**21 U.S.C. §§ 841(a)(1) and 846**
**Attempted Possession of Fentanyl with Intent to Distribute**

On or about March 12, 2026, in the District of Utah,

**PAULO CESAR DIAZ-MEDINA,**

defendant herein, did knowingly and intentionally attempt to possess with intent to distribute

four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-(2-phenylethyl)-4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. §§ 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT 2**
**21 U.S.C. §§ 841(a)(1)**
**Possession of Fentanyl with Intent to Distribute**

On or about March 12, 2026, in the District of Utah,

**PAULO CESAR DIAZ-MEDINA,**

defendant herein, did knowingly and intentionally possess with intent to distribute forty (40) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-(2-phenylethyl)-4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. §§ 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

**COUNT 3**
**21 U.S.C. §§ 841(a)(1)**
**Possession of Heroin with Intent to Distribute**

On or about March 12, 2026, in the District of Utah,

**PAULO CESAR DIAZ-MEDINA,**

defendant herein, did knowingly and intentionally possess with intent to distribute Heroin,

a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
First Assistant United States Attorney

IAN K. ROSS
Special Assistant United States Attorney